```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STEVEN D. CREELMAN               :     CIVIL ACTION
                                 :
          v.                     :
                                 :
CARPENTERS PENSION & ANNUITY     :
FUND OF PHILADELPHIA &           :
VICINITY                         :     NO. 12-718
```

## ORDER

AND NOW, this 14th day of May, 2013, upon consideration of the plaintiff's motion for summary judgment (Docket No. 9), the defendant's cross-motion for summary judgment (Docket No. 10), and the briefs in support of and opposition to those motions, and following oral argument held on December 19, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the defendant's motion is GRANTED and the plaintiff's motion is DENIED.  Judgment is hereby ENTERED in favor of the defendant, Carpenters Pension and Annuity Fund of Philadelphia and Vicinity, and against the plaintiff, Steven D. Creelman.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```